Ruth M. Acorn, as Administratrix of the Estate of Russell M. Acorn, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 31438.)

Judgment unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.